UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-22122-CIV-SEITZ/SIMONTON

DUKE LAWRENCE,

      Plaintiff,

vs.

MS & RE KESEF CORP.,

      Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on the Report and Recommendation of the Honorable Andrea M. Simonton [DE-81] regarding Defendant MS & RE Kesef Corporation's Motion for Attorney's Fees and Costs [DE-75]. Magistrate Judge Simonton recommends denying the motion to the extent that Defendant seeks to recover attorney's fees and granting the motion to the extent Defendant seeks to recover its costs as the prevailing party pursuant to Federal Rule of Civil Procedure 54(d)(1). Neither party has filed objections to the report and recommendation, and the time for doing so has passed. Based on a *de novo* review of the record and Magistrate Judge Simonton's well-reasoned report, the Court fully agrees with the recommendations in the report. Accordingly, it is

ORDERED that

(1) The Report and Recommendation [DE-81] is AFFIRMED AND ADOPTED.

(2) Defendant VIA Mat International AG's Motion for an Award of Attorney's Fees and Costs [DE-74] is DENIED to the extent that Defendant seeks recovery of attorney's fees and GRANTED to the extent Defendant seeks to recover its costs.

(3) Defendant shall be awarded $95.00 in costs expended in this matter.

DONE and ORDERED in Miami, Florida, this 25th day of February, 2013.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record